# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ERIC MICHAEL STROBL | § | |
| | § | Civil Action No. 4:17-CV-003 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| LAWRENCE ROMO, DIRECTOR, | § | |
| SELECTIVE SERVICE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 25, 2017, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order of the Court.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's case is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED** this 29th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE